■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN M. HALLMARK, Defendant-Appellant. (Appeal No. 2.) [11 NYS3d 495]—Appeal from a judgment of the Chautauqua County Court (John T. Ward, J.), rendered October 1, 2012. The appeal was held by this Court by order entered November 21, 2014, decision was reserved and the matter was remitted to Chautauqua County Court for further proceedings (122 AD3d 1444 [2014]).

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Hallmark* ([appeal No. 1] 130 AD3d 1490 [2015]). Present—Centra, J.P., Carni, Sconiers and Valentino, JJ.

■ In the Matter of BENJAMIN JUSTIN BROWNLEE, Petitioner, v ANTHONY ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, et al., Respondents. [11 NYS3d 496]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Seneca County [Dennis F. Bender, A.J.], entered Jan. 27, 2015) to review a determination of respondents. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Smith, J.P., Peradotto, Sconiers, Valentino and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH D. RANCKA, Appellant. [11 NYS3d 496]—Appeal from a judgment of the Chautauqua County Court (John T. Ward, J.), rendered January 13, 2014. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Peradotto, Sconiers, Valentino and DeJoseph, JJ.